UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN KLINETOBE,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN, MIKE DURFEE STATE PRISON,<br><br>Defendant. | 5:26-CV-05045-RAL<br><br>OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION |

Petitioner Jonathan Klinetobe a pro se petition under 28 U.S.C. § 2241. Doc. 1. This matter was referred to Magistrate Judge Mark W. Haugh who, on July 21, 2026, issued a Report and Recommendation that the petition be dismissed without prejudice for failure to prosecute. Doc. 11. The Report and Recommendation alerted Klinetobe that he had fourteen (14) days after service to object and that failure to timely object waived the right to appeal questions of fact. Id. at 2. Klinetobe has not filed any objection to the Report and Recommendation.

This Court has reviewed the Report and Recommendation and finds no error of law within it. Given the absence of timely objection, this Court need not review the facts de novo. U.S. v. Williams, 557 F.3d 943, 948 (8th Cir. 2009) (citing Nash v. Black, 781 F.2d 665, 667 (8th Cir. 1986)); Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990). For good cause it is

ORDERED that the Report and Recommendation, Doc. 11, is adopted. It is further

ORDERED that Klinetobe's petition is dismissed without prejudice for failure to prosecute.

DATED this 29th day of September, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE